AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Mar 23 - 2026**

John M. Domurad, Clerk

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| | ) | |
| **JERRETT SHENANDOAH** | ) | Case No.   8:26-MJ-61 (GLF) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of March 19, 2026, in the county of St. Lawrence in the Northern District of New York the defendants violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(v)(I) | Conspiracy to Bring Aliens |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_____
*Complainant's signature*

U.S. Border Patrol Agent Clinton L. Joseph
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   March 23, 2026

_____
*Judge's signature*

City and State:   Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
_____
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Massena, NY Station. I have been a BPA for 17 years and have been assigned to the Swanton Sector since 2018. I successfully completed training at the United States Border Patrol Academy in 2008, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2. I submit this affidavit in support of a criminal complaint charging Jerrett SHENANDOAH with violating 8 U.S.C. § 1324(a)(1)(A)(v)(I), conspiracy to bring aliens.

### Probable Cause

3. On March 19, 2026, at 2:30 a.m., Massena Border Patrol Agents (BPAs) apprehended (2) subjects in Hogansburg, NY following a call from the St. Regis Mohawk Tribal Police.

4. On March 19, 2026, at approximately 2:15 a.m., Massena Border Patrol Agents were contacted by St. Regis Mohawk Tribal Police regarding two subjects that were encountered in Hogansburg, NY. Agents responded to the Tribal Police Station and conducted an immigration inspection. Both subjects, Pareen KUMAR and Sanja BANGA, freely admitted to being citizens and nationals of India. The subjects were arrested and transported to the Massena Border Patrol Station for record checks, interviews, and processing.

5. At the Massena Border Patrol Station, after being notified of his *Miranda* rights, KUMAR agreed to speak with agents. KUMAR stated that was picked up at the Century Motel in Cornwall, Ontario, Canada, on Monday, March 16, 2026, and brought to a house on Cornwall Island by two men in a white Hyundai Elantra. KUMAR was shown a photo lineup and positively identified Jerrett SHENANDOAH

as one of the occupants of the vehicle. KUMAR further stated that once on Cornwall Island, SHENANDOAH dropped him off at a residence and directed him to the vacant second floor. KUMAR stated that SHENANDOAH left KUMAR and three other subjects there for multiple days, stating that the weather was too bad to take them across the river. KUMAR stated that on the night of March 18 into the morning of into March 19, SHENANDOAH returned to the house and picked up the group. KUMAR stated all of the aliens were told to hand over their phones before being brought across the river by boat. KUMAR stated the four aliens, SHENANDOAH, and another male entered a small, motorized boat and crossed the St. Lawrence River. Once making landfall, SHENANDOAH attempted to guide all four subjects through the woods; however, three aliens lagged behind and were left by SHENANDOAH. St. Regis Mohawk Tribal Police were able to locate two aliens after being alerted to their location via a concerned citizen and transported them to the Tribal Police Station.

6. At the Massena Border Patrol Station, after being notified of her *Miranda* rights, subject BANGA agreed to speak with agents. BANGA stated that she was picked up at the Super 8 Motel in Cornwall, Ontario, Canada by a man and woman in a black pickup truck. BANGA stated the woman was driving and the man was in the backseat with a newborn baby in a car seat. BANGA was shown a photo lineup and positively identified Jerrett SHENANDOAH as the man in the vehicle. BANGA stated that the woman and the man brought her to a two-story house on Cornwall Island and directed her to go to the second floor. BANGA stated she and three other subjects were held in this house for multiple days. BANGA stated that on the night of March 18 into the morning of March 19, SHENANDOAH returned to the house and picked up the group. BANGA stated all the aliens were told by SHENANDOAH to hand over their phones before being brought across the river by boat. BANGA stated the four aliens, SHENANDOAH, and another male entered a small, motorized boat and crossed the St. Lawrence River. Once making landfall, SHENANDOAH attempted to guide all four subjects through the woods; however, three aliens lagged behind and were left by SHENANDOAH. BANGA stated that she was having trouble traversing through the woods when SHANANDOAH grabbed her by the arm and

attempted to pull her along. Frustrated, SHENANDOAH pushed BANGA to the ground and left her behind. A male alien, KUMAR, came back to help her. The two left a third alien behind and got lost in the terrain. St. Regis Mohawk Tribal Police were able to locate two aliens after being alerted to their location via a concerned citizen and transported them to the Tribal Police Station.

## Conclusion

7. Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendant with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Clinton L. Joseph
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1
of the Federal Rules of Criminal Procedure.

Date: March 23, 2026

Hon. Gary L. Favro
United States Magistrate Judge